**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **VE OPENING LLC,** | |
| Plaintiff, | C.A. No. 7:25-cv-538-DC-DTG |
| v. | |
| **DROPBOX, INC.,** | |
| Defendant. | |

**ORDER GRANTING DROPBOX, INC.'S MOTION TO DISMISS THE COMPLAINT,
OR, IN THE ALTERNATIVE TO TRANSFER UNDER 28 U.S.C. § 1404(A)**

Before the Court is Defendant Dropbox, Inc.'s Motion to Dismiss the Complaint, or, in the Alternative to Transfer Under 28 U.S.C. § 1404(a). The Court, having considered the same, is of the opinion that Dropbox's Motion should be and is hereby **GRANTED**.

It is so **ORDERED**.

SIGNED this _____ day of _____ 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE